■ ARK PATENT INTERNATIONAL, L.L.C., et al., Appellants, v TARKSOL INTERNATIONAL, L.L.C., et al., Respondents. [913 NYS2d 626]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered December 14, 2009. The order, among other things, denied plaintiffs' cross motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ. **[Prior Case History: 26 Misc 3d 1208(A), 2009 NY Slip Op 52688(U).]**